# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-15221-MDC

ANTHONY  MASAPOLLO
LUCIA  MASAPOLLO
2302 SOUTH 20TH STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANTHONY  MASAPOLLO
  LUCIA  MASAPOLLO
  2302 SOUTH 20TH STREET

  PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

  MAGGIE S. SOBOLESKI
  CENTER CITY LAW OFFICES LLC
  2705 BAINBRIDGE STREET
  PHILADELPHIA, PA 19146-

Date: 10/3/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee