United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15221-mdc
ANTHONY MASAPOLLO                                               Chapter 13
LUCIA MASAPOLLO
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD          Page 1 of 1           Date Rcvd: Apr 09, 2019
                              Form ID: pdf900         Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db/jdb         +ANTHONY MASAPOLLO,    LUCIA MASAPOLLO,   2302 SOUTH 20TH STREET,    Philadelphia, PA 19145-3512
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14177812        FORD CREDIT,   P.O. BOX 790119,   Saint Louis, MO 63179-0119
14177813       +KML LAW GROUP, LLC,   SUITE 5000 - BNY MELLON INDEPENDENCE CTR,    701 MARKET STREET,
                 Philadelphia, PA 19106-1538
14205858       +LAKEVIEW LOAN SERVICING, LLC,    PO Box 840,   Buffalo, NY 14240-0840
14177814       +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DELEON BLVD,   MAIL STOP MS 5/251,
                 Miami, FL 33146-1837
14186009       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 10 2019 03:22:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2019 03:21:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14263995        E-mail/Text: megan.harper@phila.gov Apr 10 2019 03:22:10     City of Philadelphia,
                 Law Department  Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
14207036        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2019 03:21:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
                                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
```
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              MAGGIE S SOBOLESKI    on behalf of Joint Debtor LUCIA   MASAPOLLO msoboles@yahoo.com,
               3532@notices.nextchapterbk.com
              MAGGIE S SOBOLESKI    on behalf of Debtor ANTHONY   MASAPOLLO msoboles@yahoo.com,
               3532@notices.nextchapterbk.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY MASAPOLLO  
LUCIA MASAPOLLO

Chapter 13

Debtor

Bankruptcy No. 18-15221-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___4TH___ day of ___April___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
MAGGIE S. SOBOLESKI  
CENTER CITY LAW OFFICES LLC  
2705 BAINBRIDGE STREET  
PHILADELPHIA, PA 19146-

Debtor:  
ANTHONY MASAPOLLO  
LUCIA MASAPOLLO  
2302 SOUTH 20TH STREET

PHILADELPHIA, PA 19145